# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VECTOR LICENSING LLC,** | |
| Plaintiff, | Civil Action No.: 1:22-cv-00711-VAC |
| v. | |
| **NOKIA OF AMERICA CORPORATION,** | **TRIAL BY JURY DEMANDED** |
| Defendant. | |

## STIPULATION AND PROPOSED ORDER
## TO EXTEND TIME TO ANSWER THE COMPLAINT

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff, Vector Licensing LLC, subject to the approval of the Court, that Defendant's time to answer, move, or otherwise respond to the complaint in this action shall be extended an additional thirty (30) days, up to and including July 25, 2022.

The requested extension will not prejudice any party.

Dated: June 21, 2022                    Respectfully submitted,

                                        CHONG LAW FIRM P.A.

                                        */s/ Jimmy Chong*
                                        Jimmy Chong (#4839)
                                        2961 Centerville Road, Suite 350
                                        Wilmington, DE 19808
                                        Telephone: (302) 999-9480
                                        Facsimile: (302) 800-1999
                                        Email: chong@chonglawfirm.com

                                        ATTORNEY FOR PLAINTIFF

SO ORDERED this _____ day of June, 2022.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I, Jimmy Chong, certify that on June 21, 2022 this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jimmy Chong*    _____
Jimmy Chong (#4839)